UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ELLIOTT LEWIS,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. ED CV 09-844-AHM (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

DATED: December 21, 2011.

                              A. HOWARD MATZ
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Soc Sec\LEWIS, R 844\Judgment.wpd